IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Acosta, Angelina | Case Number: 06 B 12545 |
|---|---|---|
| | | Judge: Goldgar, A. Benjamin |
| | Printed: 01/22/09 | Filed: 10/3/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: October 28, 2008
Confirmed: December 19, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 36,000.00 | |
| Secured: | | 27,725.80 |
| Unsecured: | | 6,230.54 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 2,043.55 |
| Other Funds: | | 0.11 |
| Totals: | 36,000.00 | 36,000.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Melvin J Kaplan Esq | Administrative | 0.00 | 0.00 |
| 2. | Wilshire Credit Corp | Secured | 0.00 | 0.00 |
| 3. | Wilshire Credit Corp | Secured | 20,334.24 | 20,334.24 |
| 4. | Ford Motor Credit Corporation | Secured | 7,391.56 | 7,391.56 |
| 5. | Discover Financial Services | Unsecured | 6,942.24 | 1,925.65 |
| 6. | Portfolio Recovery Associates | Unsecured | 7,643.61 | 2,120.19 |
| 7. | Ford Motor Credit Corporation | Unsecured | 0.34 | 0.00 |
| 8. | Resurgent Capital Services | Unsecured | 7,697.54 | 2,135.13 |
| 9. | Midwest Verizon Wireless | Unsecured | 178.72 | 49.57 |
| 10. | Discover Financial Services | Unsecured | | No Claim Filed |
| 11. | MBGA/M Wards | Unsecured | | No Claim Filed |
| 12. | Arrow Financial Services | Unsecured | | No Claim Filed |
| 13. | US Bank | Unsecured | | No Claim Filed |
| 14. | Montgomery Ward & Co Inc | Unsecured | | No Claim Filed |
| | | | $ 50,188.25 | $ 33,956.34 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 360.00 |
| 5.4% | 836.49 |
| 6.5% | 747.13 |
| 6.6% | 99.93 |
| | $ 2,043.55 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Acosta, Angelina | Case Number:  06 B 12545 |
| | Judge:  Goldgar, A. Benjamin |
| Printed: 01/22/09 | Filed:  10/3/06 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

